842

No. 82–6953.   SPARKS v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 82–6954.   BILLINGS v. PANNUCCI, CIRCUIT JUDGE, MUS-
KEGON COUNTY, MICHIGAN, ET AL.   C. A. 6th Cir.   Certiorari
denied.

No. 82–6955.   JONES v. UNITED STATES.   C. A. 6th Cir.   Cer-
tiorari denied.

No. 82–6958.   RANDALL v. BAILEY ET AL.   C. A. 9th Cir.
Certiorari denied.

No. 82–6959.   WALKER v. MAGGIO, WARDEN, ET AL.   C. A.
5th Cir.   Certiorari denied.

No. 82–6961.   MCMINN v. MARSHALL; and MCMINN v. SEITER.
Sup. Ct. Ohio.   Certiorari denied.

No. 82–6962.   BATCH v. BETTIS, JUDGE, ET AL.   C. A. 6th
Cir.   Certiorari denied.

No. 82–6963.   HICKS v. UNITED STATES.   C. A. 5th Cir.   Cer-
tiorari denied.

No. 82–6964.   STARLING v. ESTELLE, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6965.   MUHAMMAD v. UNITED STATES ET AL.   C. A.
3d Cir.   Certiorari denied.

No. 82–6966.   WONG v. UNITED STATES.   C. A. 3d Cir.   Cer-
tiorari denied.

No. 82–6967.   THOMAS v. OKLAHOMA.   Ct. Crim. App. Okla.
Certiorari denied.

No. 82–6968.   MCLAUGHLIN v. UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.

No. 82–6970.   VAN BENS v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 82–6971.   HARTFORD v. ARIZONA.   Sup. Ct. Ariz.   Certio-
rari denied.

No. 82–6972.   BARTLEY v. NEW JERSEY.   Sup. Ct. N. J.
Certiorari denied.